United States District Court
Southern District of Texas
**ENTERED**
December 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NACHOL GREEN, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-380 |
| | § | |
| CITY OF LA MARQUE, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

## ORDER OF DISMISSAL

On November 30, 2021, Plaintiff Nachol Green and Defendant the City of La Marque, filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 24.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 1st day of December, 2021.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE